**EXHIBIT 2:** INFRINGEMENT



