**EXHIBIT 2:** INFRINGEMENT #1





**EXHIBIT 2:** INFRINGEMENT #2



